Case 4:20-cv-01546 Document 39 Filed on 02/11/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE BALTAZAR, TDCJ #2200474, | § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-20-1546 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 11th day of February, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE